[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-10494

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

MATHEW CREIGHTON MYERS,

Defendant- Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:21-cr-20053-MGC-1

_____

2                     Opinion of the Court                   22-10494

Before WILSON, JORDAN, and BRANCH, Circuit Judges.

PER CURIAM:

Jose-Carlos Antonia Villanueva, appointed counsel for Mathew Creighton Myers in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Myers's conviction and sentence are **AFFIRMED**.